**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| DAVID J. MIDDLETON, | ) | CASE NO:   1:08CV2741 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | O R D E R |
| | ) | |
| GENWORTH LIFE AND ANNUITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

With the concurrence of the transferring judge, CHRISTOPHER A. BOYKO, and the receiving judge, PATRICIA A. GAUGHAN, this case is transferred from the docket of CHRISTOPHER A. BOYKO to the docket of PATRICIA A. GAUGHAN.

| | |
|---|---|
| S/Patricia A. Gaughan | s/Christopher A. Boyko |
| PATRICIA A. GAUGHAN | CHRISTOPHER A. BOYKO |
| United States District Judge | United States District Judge |
| Receiving Judge | Transferring Judge |
| | |
| IT IS SO ORDERED. | s/James G. Carr |
| | Chief Judge James G. Carr |
| | United States District Judge |

December 19, 2008